IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRISTIAN ROSARIO PICHARDO,** | : | |
| Petitioner | : | No. 1:17-cv-00770 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| **CRAIG LOWE, et al.,** | : | |
| Respondents | : | |

# ORDER

Before the Court is the May 24, 2017 Report and Recommendation of Magistrate Judge Mehalchick. (Doc. No. 9.) No timely objections have been filed. **ACCORDINGLY**, on this 30th day of June 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 9);

2. Petitioner Cristian Rosario Pichardo's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **GRANTED**;

3. Petitioner shall be afforded an individualized bond hearing before an immigration judge within twenty-one (21) days of the date of this Order, in accordance with the dictates of the United States Court of Appeals for the Third Circuit's decision in Chavez-Alvarez v. Warden York County Prison, 783 F.3d 469, 478 (3d Cir. 2015); and

4. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania